# EXHIBIT B

# Guilford Specialty Group, Inc.

185 Asylum Street
Hartford, Connecticut 06103

April 15, 2024

Ms. Kelly K. Wolfram
10718 47th Avenue
Pleasant Prairie, Wisconsin 53158

Dear Ms. Wolfram:

It is my pleasure to inform you that you have been recommended for and are being offered promotion to the position of Senior Vice President, Head of Excess Casualty. If you accept this promotion, your new salary will be at the rate of $270,000 per year, payable bi-weekly in the amount of $10,384.62, less legally required and voluntarily authorized deductions. Your new position is classified as "exempt", meaning that you will not be eligible to earn overtime pay. Exempt positions regularly require work beyond the basic workday. Your recommended new position start date is April 22, 2024.

If you wish to accept this promotion, you must sign, date and return this letter as well as the document entitled "Confidentiality and Intellectual Property Agreement with Certain Other Restrictive Covenants" to Elizabeth A. Monrad, President, at Guilford Specialty Group, Inc., 185 Asylum Street, Hartford, Connecticut 06103, no later than April 19, 2024.

We at Guilford Specialty Group, Inc. have noted your performance and potential and I have confidence that you will demonstrate the same high level of performance in your new role. Congratulations on your achievement and I wish you all the very best.

Sincerely,

GUILFORD SPECIALTY GROUP, INC.

By: *Elizabeth A. Monrad*
    Elizabeth A. Monrad
    President

Enclosure: Confidentiality and Intellectual Property Agreement with Certain Other Restrictive Covenants

Accepted and Agreed:

*Kelly Wolfram*
Signature

Kelly Wolfram
Name (please print)

4/15/2024
Date Signed